UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| VINCENT E. DAVIDSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 1:16-cv-01276-JES-JEH |
| v. ) | |
| ) | |
| ILLINOIS WESLEYN UNIVERSITY, ) | Chief Judge James E. Shadid |
| ) | |
| Defendant. ) | Magistrate Judge Jonathan E. Hawley |

**PLAINTIFF'S NOTICE OF DISMISSAL**

Plaintiff, Vincent E. Davidson, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses this action **with prejudice**.

Date: November _10_, 2016                    Respectfully submitted,

                                             Vincent E. Davidson

                                             By: _[signature]_

Vincent E. Davidson
104 E. Empire Street
Bloomington, Illinois 61701
309-287-4093

<u>CERTIFICATE OF SERVICE</u>

Vincent E. Davidson, hereby certifies that on November ___, 2016, he filed a copy of the foregoing Plaintiff's Motion for Voluntary Dismissal of Claims to be filed with the Court by U.S. mail, and that same will be delivered via court notification to:

>Jody Wilner Moran
>Melanie I. Stewart
>Jackson Lewis P.C.
>150 North Michigan Avenue
>Suite 2500
>Chicago, Illinois 60601
>(312) 787-4949
>moranj@jacksonlewis.com
>melanie.stewart@jacksonlewis.com

_/s/ Vincent E. Davidson_
Vincent E. Davidson



| | | | | |
|---|---|---|---|---|
| Suite 2500 | ATLANTA, GA | HARTFORD, CT | NEW YORK, NY | RICHMOND, VA |
| Chicago, Illinois 60601 | AUSTIN, TX | HOUSTON, TX | NORFOLK, VA | SACRAMENTO, CA |
| Tel 312 787-4949 | BALTIMORE, MD | INDIANAPOLIS, IN | OMAHA, NE | SAINT LOUIS, MO |
| Fax 312 787-4995 | BIRMINGHAM, AL | JACKSONVILLE, FL | ORANGE COUNTY, CA | SAN DIEGO, CA |
| www.jacksonlewis.com | BOSTON, MA | LAS VEGAS, NV | ORLANDO, FL | SAN FRANCISCO, CA |
| | CHICAGO, IL | LONG ISLAND, NY | OVERLAND PARK, KS | SAN JUAN, PR |
| | CINCINNATI, OH | LOS ANGELES, CA | PHILADELPHIA, PA | SEATTLE, WA |
| | CLEVELAND, OH | MEMPHIS, TN | PHOENIX, AZ | STAMFORD, CT |
| | DALLAS, TX | MIAMI, FL | PITTSBURGH, PA | TAMPA, FL |
| | DAYTON, OH | MILWAUKEE, WI | PORTLAND, OR | WASHINGTON, DC REGION |
| | DENVER, CO | MINNEAPOLIS, MN | PORTSMOUTH, NH | WHITE PLAINS, NY |
| | DETROIT, MI | MORRISTOWN, NJ | PROVIDENCE, RI | |

MY DIRECT DIAL IS: 312-803-2522
MY EMAIL ADDRESS IS: MORANJ@JACKSONLEWIS.COM

November 7, 2016

Vincent E. Davidson
104 E. Empire Street
Bloomington, Illinois 61701

Re: *Vincent E. Davidson v. Illinois Wesleyn University*
Case No.: 16-cv-01276

Dear Mr. Davidson:

Consistent with your November 4, 2016 phone conversation with my colleague, Melanie Stewart, we attach a Notice of Dismissal for your convenience. To dismiss your lawsuit, you need to file the attached document with the Court. Before filing, please sign and date both the Notice of Dismissal and Certificate of Service. Next, mail the original signed document to the court (for your convenience, in the enclosed addressed and postage prepaid envelope).

Please contact either one of us if you have any questions.

Sincerely,

JACKSON LEWIS P.C.

Jody Wilner Moran

MJS/mm
Enclosures

4829-6041-3244, v. 1